UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYNEARIA A. VARLACK,<br><br>                     Plaintiff,<br><br> -against-<br><br>BANK OF AMERICA et al.,<br><br>                    Defendants. | 23-CV-6270 (JHR)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 23, 2024 (ECF 16), Judge Jennifer H. Rearden referred this case to Magistrate Judge Valerie Figueredo for general pretrial supervision. On February 26, 2024, that referral was reassigned to me.

On February 1, 2024 Defendant Early Warning Services, LLC filed a motion to dismiss the Amended Complaint. (ECF 11.) On February 21, 2024 Plaintiff filed a letter motion seeking an extension of time to file a response to the motion to dismiss. (ECF 14.)

Plaintiff's application is **GRANTED**. By March 29, 2024 Plaintiff shall file her response to Defendant Early Warning Services, LLC's motion to dismiss the Amended Complaint.

DATED: February 28, 2024
          New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge