UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYNEARIA A. VARLACK,<br><br>               Plaintiff,<br><br>  -against-<br><br>BANK OF AMERICA et al.,<br><br>               Defendants. | 23-CV-6270 (JHR)(RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 1, 2024, Defendant Early Warning Services, LLC filed a motion to dismiss the Amended Complaint. (ECF 11.) On February 21, 2024, Plaintiff filed a letter motion seeking an extension of time to file a response to the motion to dismiss, (ECF 14.) which was granted on February 28, 2024 (ECF 17). On March 9, 2024, Plaintiff filed a letter seeking to "withdraw" certain parties from the action. (*See* ECF 19.)

Accordingly, I am scheduling this action for a telephonic status conference on Wednesday, March 22, 2024, at 1:00 PM. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code:.385 217 711#**.

DATED:  March 15, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge